# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00687-CR

**Robert Kramer, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
## NO. D-1-DC-08-300181, HONORABLE BOB PERKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Robert Kramer seeks to appeal a judgment of conviction for failure to comply with sex-offender registration requirements.  The trial court has certified that this is a plea bargain case and Kramer has no right of appeal.  The appeal is dismissed.  *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Patterson and Henson

Dismissed for Want of Jurisdiction

Filed:   December 2, 2010

Do Not Publish